UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In Re:  Richard Hinch                                               Case No.  10-14416-JMD
           Debtor                                                    Chapter 13

### Findings from First Meeting of Creditors

On  November 17, 2010, the Debtor:                Counsel for the Debtor:
X    appeared and was sworn                              X    appeared
__   did not appear at the first meeting of creditors      __   did not appear

The following parties in interest appeared:   None

The meeting was continued until N/A

The first plan payment was due on November 15, 2010 and has not been made.

__  Business Reports requirements              X   Payment advices received by the
    sent to Debtor, if applicable                    Debtor over the 60 days pre-petition
                                                        have been provided to the undersigned

X   Pre-bankruptcy federal tax returns for      __  The following tax returns remain unfiled:
    the four years pre-petition were represented      _____
    to have been filed with the appropriate tax       _____
    authorities, and copies of the most recently      _____
    due returns were provided to the undersigned
    at least seven days prior to the first scheduled   X  The meeting was adjourned
    341 hearing.

X   All Requested bank account statements
    provided

X   Affidavit of Debtor regarding Domestic Support
    Obligation and Domicile, Equity, and Litigation
    Status has been completed.

    The Confirmation hearing is scheduled
    for December 21, 2010 at 9:00 a.m.

### Trustee's Report and Recommendations

__  The Trustee believes that all requirements     X   The Trustee does not recommend confirmation
    for relief under Chapter 13 have been met          because:  The Plan does not meet the
    and the Trustee will recommend confirmation.      liquidation test

                                                      __  The Trustee intends to file a motion to
                                                          dismiss the case.

Date:  November 24, 2010                         /s/ Lawrence P. Sumski
                                                 Lawrence P. Sumski
                                                 Trustee