UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| IN RE:  Richard W. Hinch,<br><br>Debtor | Case No. 10-14416-JMD<br>Chapter 13<br><br>**MOTION TO DISMISS** |

      **NOW COMES**, Richard W. Hinch, Debtor, in the above-captioned matter, who states as follows:

1. Debtor filed a voluntary petition under Chapter 13 on October 15, 2010 in the District of New Hampshire; case number 10-14416.

2. Debtor filed this Chapter 13 Petition as he believed he would have a steady source of income to provide payments to the Chapter 13 Trustee. However, as debtor is a real estate agent and currently does not have a steady income, Debtor does not have the ability to go forward with this Chapter 13 Petition and Plan.

3. As such, Debtor requests that this Honorable Court dismiss his Chapter 13 Petition.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order to:

A. Dismiss the Debtor's Chapter 13 Petition;

B. Dismiss the Debtor's Proposed Chapter 13 Plan;

C. Cancel the Continued Plan Confirmation Hearing scheduled for March 16, 2011 at 1:30 pm;

D. Grants such other relief as is fair and equitable.

___/s/ Richard W. Hinch_____
Richard W. Hinch, Debtor

**BOSTOCK LAW, PLLC**

__1/5/11__     ___/s/ Robert M. Moore____
By: Robert M. Moore, Esquire
BNH No. 06688
92 Portsmouth Avenue; Suite 14
Exeter, NH 03833
603-772-2400 x 226
Attorney for Richard W. Hinch

**Certificate of Service**

I hereby certify that a copy of the above Motion was, on this date, forwarded to all the creditors listed on the attached matrix as well as electronically to Lawrence P. Sumksi, Esquire, Chapter 13 Trustee.

Date: ___1/5/11___     ____/s/ Robert M. Moore_____
Robert M. Moore